IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No:

Wetherill Associates, Inc., d/b/a WAI
Global, and WAI 3300 Corporate Way,
LLC,

    Plaintiffs,

v.

ITW Polymers Sealants North America
Inc., and Colby Bachtell, LLC

    Defendants.

## DEFENDANT COLBY BACHTELL, LLC'S NOTICE OF REMOVAL

Defendant, Colby Bachtell, LLC ("Colby Bachtell"), through counsel, pursuant to 28 U.S.C. §§ 1446 and 1332, hereby files this Notice of Removal and thereby removes to the United States District Court an action which is pending in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida, Case Number 2020-019214. The facts and legal authority supporting this Notice of Removal are as follows:

### Background

1. On November 17, 2020, Plaintiffs Wetherill Associates, Inc. (Wetherill Associates") and WAI 3300 Corporate Way, LLC ("WAI 3300") (collectively "Plaintiffs") filed a two-count complaint against Colby Bachtell and ITW Polymers Sealants North America Inc. ("ITW"). *See* Exhibit "1". The Complaint asserts causes of action for breach of express warranty against Colby Bachtell (Count I) and for breach of express warranty against ITW (Count II). *Id*.

2. Colby Bachtell was served with the Complaint on December 9, 2020. *See* Exhibit "2".

3. Colby Bachtell did not have notice of the Complaint prior to being served on December 9, 2020.

**Conditions of Removal**

4. Wetherill Associates is a Delaware corporation with its principal place of business located in Broward County, Florida. *See* Exhibit 1 at ¶ 1.

5. WAI 3300 is a single member limited liability company and its sole member is Wetherill Associates. *See* Declaration of Colby Bachtell, attached hereto as Exhibit "3" at ¶ 4.

6. Defendant Colby Bachtell, LLC is a single member limited liability company. *Id*. at ¶ 2. The sole member of Colby Bachtell, LLC since the time of its inception has been Colby Bachtell. *Id*. For the past 10 years, Colby Bachtell has been a citizen of Maryland. *Id*. at ¶ 3.

7. Defendant ITW is a Texas corporation with its principal place of business located in Irving, Texas. *See* Exhibit 1 at ¶ 3.

8. According to the allegations of the Complaint, Plaintiffs seek damages exclusive of attorneys' fees and costs in the amount in excess of $512,300. *See* Exhibit 1 at ¶¶ 41 and 47.

9. Venue is proper in the United States District Court for the Southern District of Florida because the case is being removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

10. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Colby Bachtell's rights to assert any defenses.

11. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed less than thirty days from the date of Colby Bachtell's receipt of the Complaint.

12. This action is not a non-removable action as described under 28 U.S.C. § 1445.

13. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served as of this date are attached hereto as Composite Exhibit "4".

14. In accordance with 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, Colby Bachtell has served Plaintiff with a copy of this Notice of Removal and has filed a Notice of Filing the Notice of Removal with the Clerk of the Court for Broward County, Florida. A copy of the Notice of Filing the Notice of Removal (without attachments) is attached hereto as Exhibit "5."

### Legal Standard

15. Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a state court of which the district court of the United States have original jurisdiction, may be removed by the defendants, to the district court of the United States….where such action is pending."

16. Pursuant to 28 U.S.C. § 1332, the district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—

   (1) citizens of different States;

   (2) citizens of a State and citizens or subjects of a foreign state;

   (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; and

   (4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.

17. This Court has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiffs (who are Florida and Delaware citizens) and Defendants (who are citizens of Maryland and Texas), and the amount in controversy is in

excess of $75,000.

**1.    The Amount in Controversy Exceeds $75,000**

18.    Plaintiffs seek damages exclusive of attorneys' fees and costs in the amount in excess of $512,300.  *See* Exhibit 1 at ¶¶ 41 and 47.  As a consequence, Plaintiff seek damages in excess of $75,000.

**2.    There is Complete Diversity Between the Parties**

19.    Plaintiff Wetherill Associates is a Delaware corporation with its principal place of business located in Broward County, Florida.  *See* Exhibit 1 at ¶ 1.  Therefore, Wetherill Associates is a citizen of both Delaware and Florida.

20.    For purposes of diversity jurisdiction, a limited liability company is a citizen of any state of which a member of the company is a citizen.  *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F. 3d 1020, 1022 (11th Cir. 2004).

21.    WAI 3300 is a single member limited liability company and its sole member is Wetherill Associates.  *See* Exhibit "3" at ¶ 4.  Therefore, like Wetherill Associates, WAI 3300 is also a citizen of both Delaware and Florida.

22.    Defendant Colby Bachtell, LLC is a single member limited liability company.  *Id.* at ¶ 2.  The sole member of Colby Bachtell, LLC since the time of its inception has been Colby Bachtell.  *Id*.  For the past 10 years, Colby Bachtell has been a citizen of Maryland.  *Id.* at ¶ 3.  Therefore, Colby Bachtell, LLC is a citizen of Maryland.

23.    Defendant ITW is a Texas corporation with its principal place of business located in Irving, Texas.  *See* Exhibit 1 at ¶ 3.  Therefore, ITW is a Texas citizen.

24.    Because Plaintiffs are citizens of Delaware and Florida and Defendants are citizens of Maryland and Texas, there is complete diversity between the parties.

### 3. Consent to Removal by ITW

25. On December 28, 2020, counsel for ITW, Steven M. Shear, Esq., stated by email that ITW consents to the removal of this action to the United States District Court for the Southern District of Florida.

### Conclusion

26. As complete diversity and the jurisdictional amount have been met, and consent to removal has been obtained from Defendant ITW, this action is removable pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendant Colby Bachtell, LLC respectfully requests that the aforesaid action now pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida be removed to this Honorable Court.

Dated: December 29, 2020

Respectfully Submitted,

By: /s/ Evan B. Berger, Esq. (0071479)
eberger@bplegal.com

Becker & Poliakoff, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL  33301
Telephone: (954) 987-7550
Facsimile: (954) 985-4176
*Attorneys for Defendant Colby Bachtell, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 29, 2020, a true and correct copy of the foregoing is being served via Electronic Mail to all individuals on the attached Service List.

By: /s/ Evan B. Berger, Esq. (0071479)
eberger@bplegal.com

## **SERVICE LIST**

Keith Lambdin, Esq.
Erik Willman, Esq.
Agnant & Lambdin LLC
2 South University Drive, Suite 315
Fort Lauderdale, Florida 33324
Telephone (954) 368-4164
Facsimile (561) 293-2526
klambdin@agnantlaw.com
ewillman@agnantlaw.com
kpiedra@agnantlaw.com
clondono@agnantlaw.com