# EXHIBIT 1

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.:

WETHERILL ASSOCIATES, INC. D/B/A WAI GLOBAL,
and WAI 3300 CORPORATE WAY, LLC,

     Plaintiffs,

v.

ITW POLYMERS SEALANTS NORTH AMERICA INC.,
and COLBY BACHTELL, LLC,

     Defendants.

_____/

## COMPLAINT

Plaintiffs, WETHERILL ASSOCIATES, INC. D/B/A WAI GLOBAL and WAI 3300 CORPORATE WAY, LLC (collectively, "WAI"), by and through undersigned counsel, hereby file this Complaint against Defendants ITW POLYMERS SEALANTS NORTH AMERICA INC. ("ITW PSNA" or "ITW"), and COLBY BACHTELL, LLC ("COLBY"), and allege as follows:

### Parties, Jurisdiction and Venue

1. Plaintiff, WETHERILL ASSOCIATES, INC. d/b/a WAI GLOBAL (hereinafter "WAI Global"), at all times material to this action, is a Delaware corporation with its principal place of business at 3300 Corporate Way, Miramar, Florida 33025.

2. Plaintiff, WAI 3300 CORPORATE WAY, LLC (hereinafter "WAI 3300 Corporate Way"), at all times material to this action, is a Florida Limited Liability Company with its principal place of business at 3300 Corporate Way, Miramar, Florida 33025.

3. Defendant, ITW POLYMERS SEALANTS NORTH AMERICA INC. (hereinafter "ITW PSNA" or "ITW"), at all times material to this action, is a Texas corporation with its

principal place of business at 111 North Nursery Road, Irving, Texas 60026.  Upon information and belief, ITW is a worldwide manufacturer of sealants, adhesives, and coatings for industrial, construction, and residential (roofing) applications, among other things.  Upon information and belief, ITW markets and sells roofing products under the brand Elastomeric Roofing Systems (ER Systems), among others, in all fifty states, including in the state of Florida.  Upon information and belief, ITW has a sales representative located in Florida and regularly conducts business in Dade and Broward County selling roofing materials and sealants.

4.      Defendant, COLBY BACHTELL LLC (hereinafter "COLBY"), at all times material to this action is a general contractor and approved vendor/applicator of ITW products and regularly performs general contracting work in South Florida for ITW solicited clients.

5.      This is an action seeking damages in excess of $30,000.00, exclusive of interest, attorney's fees and costs, and is within the jurisdiction of this court.

6.      Venue is proper in Broward County because the building where all the work was performed on is located in Miramar, Florida, and because the warranties were breached in Miramar, Florida.

7.      ITW and COLBY entered into contracts here in Broward County, Florida to perform roofing work and provide roofing materials here in Miramar, Florida.

8.      As a part of the services provided by ITW and COLBY, the Defendants executed and delivered here in Miramar, Florida, a 10 Year Coatings System Sustainable Warranty (bearing Warranty No. 12015), dated March 11, 2015 and issued January 10, 2015 (hereinafter the "Warranty" or "Guarantee").  A copy of the Warranty is attached hereto as **Exhibit "A"**.

9.      All conditions precedent to the maintenance of this action have been performed, excused, or waived.

10.     Plaintiffs have retained the law firm of Agnant & Lambdin LLC to prosecute this action and is obligated to pay the firm a reasonable fee for services rendered and all costs.

### Factual Background

11.     WAI 3300 Corporate Way is the owner of a commercial office building located at 3300 Corporate Way, Miramar, Florida 33025.  The office building was constructed in or around 1996 with a commercial flat-shaped, concrete (asphalt-modified bitumen granulated) roof consisting of approximately 36,000 square feet.  In or around 2015, WAI solicited bids from various companies for the installation of a new waterproofing (roofing) system. WAI selected the ER Systems' waterproofing system because of representations made in ITW's/ER System's marketing materials and/or product literature that the ER Systems' waterproofing would, inter alia, (a.) provide a watertight roof, (b.) protect the existing asphalt roof from the environment and the aging process and extend the life of the roof, and (c.) because a ten (10) year labor-and-material warranty was available.

12.     Upon information and belief, ITW marketed in Florida and represented through its marketing materials and/or product literature that its ER Systems' One-Step Roof Coating (hereinafter "One-Step Coating") is "[a] high performance, single-step roof coating designed to provide excellent adhesion to multiple substrates and coatings".  ITW marketed in Florida and specifically solicited WAI and represented that "OneStep Features" included the following: "Single-step Application," "Highest Performing Quality", "*Preserves and Protects Multiple Substrates*", "Tougher Chemical Resistance", and "Strong Resistance to Ponding Water".  With respect to asphalt roofs, ITW marketed and represented that "*[w]hen [an] aged asphalt roof is exposed to solar radiation and moisture, it leaches out oils and plasticizers that can lead to failure and eventually a costly roof replacement*" (emphasis added).  When or as applied

specifically to asphalt roofs, ITW marketed and represented that ER Systems' "coating and fabric system" could be utilized as a "sacrificial barrier," which "*will protect the existing asphalt from the environment and the aging process and extend the life of your roof*" (emphasis added). ITW marketed and represented the coating system could also be utilized to "[r]epair blisters, cracks and leaks with like materials".

13.    ITW marketed and represented that ER Systems' OneStep Adhesive Sealant which upon information and belief was renamed 2100MS Adhesive Sealant (hereinafter "OneStep Sealant"), "is a high performance reactive silyl-modified adhesive sealant." ITW marketed and represented that one of the features of the ER Systems' OneStep Sealant was its "Primerless adhesion to substrates including…concrete," and its "tough, durable, elastic consistency with excellent cut and tear resistance."

14.    COLBY contracted with ITW and was trained by ITW as a certified contractor in the application of ITW including One-Step sealant as an approved vendor.

15.    ITW and COLBY issued a warranty on the application (2 years) and on materials (10 years) on the WAI roof.

16.    An unexecuted copy of the available 10 year labor-and-material warranty, which "is to supply repair materials and labor if the leak in the system is caused from ordinary wear and tear from the elements or from manufacturing defects and workmanship *to keep system in a watertight state*, which starts from the date of completion," was made available to WAI on or about December 29, 2014, prior to the installation of the ER Systems' waterproofing system.  A copy of the unexecuted warranty is attached hereto as **Exhibit "B"** (emphasis added).  The warranty stated, at Section 2(b), that "ITW PSNA shall have no obligation under this Warranty unless and until ITW PSNA, the Applicator, and Distributor suppliers have been paid in full for

4

all materials, supplies, services, warranty costs and other costs *which are included in, or incidental to, the waterproofing system*." See Exhibit "B" (emphasis added).

17. At or around the time WAI selected the ER Systems' waterproofing system, WAI Global entered into a contract with Colby for the installation of the ER Systems' waterproofing system on the existing concrete (asphalt) roof of WAI's commercial office building. Upon ITW recommendation and prior certification of COLBY, WAI selected COLBY as the applicator/installer because it was an approved and/or preferred ITW/ER Systems' applicator/installer of the waterproofing system and an independent contractor of ITW. Upon information and belief, COLBY is a licensed contractor with the State of Maryland (License Nos. 95343 and 5722), the State of West Virginia (License No. WV042162), and the State of Pennsylvania (License No. PA073684). Upon information and belief, COLBY is not a licensed contractor with the State of Florida.

18. The contract between WAI Global and COLBY set forth the following scope of work: "power wash entire roof area to clean roof of loose debris;" "*Apply Permathane SM2100 silyl-modified adhesive sealant*, *per manufacturers specifications, to all laps, head laps, pitch pockets and curbs*,"; "*Apply ER Systems OneStep High Performance Elastomeric Roof Coating to entire roof surface, walls and curbs*…", and "Job site to be cleaned daily" (emphasis added). A copy of COLBY's Proposal No. 1543 dated December 3, 2014 (hereinafter the Colby "Contract") is attached hereto as **Exhibit "C"**. Colby Bachtell LCC agreed to "furnish material and labor – complete in accordance with the above specifications" of the Contract, for the sum of $97,100. The Contract provided that Colby Bachtell LLC "will coordinate with the facility director the delivery and loading of roof materials." Upon information and belief, the materials were purchased on or about December 18, 2014. The Contract provided, "*NOTE – Roof comes*

*with a 10-year manufacturer warranty on material on labor*" (emphasis added).   The Contract provided, "*NOTE – A representative of ER Systems will do a pre-application inspection followed by a final inspection upon completion*" (emphasis added).

19.   Upon information and belief, ER Systems' Florida sales representative Steve Killan completed the initial (pre-application) inspection in or about December 2014.

20.   Following the pre-application inspection, the Northeast Regional Manager of ITW, Hannah Safren, sent an email to Seth Moul of WAI Global and Colby Bachtell of Colby Bachtell LLC regarding the "ER Systems Warranty" on December 29, 2014.   A copy of the December 29, 2014 email from Hannah Safren is attached hereto as **Exhibit "D"**.   The email states that Hannah Safren "spoke with Colby and he requested that I send you a copy of the warranty for your review. Please see the attachment."   (The unexecuted warranty attached to this Complaint as Exhibit "B" was the attachment to Ms. Safren's email dated December 29, 2014).   The email goes on to represent the following with respect to the available 10 year labor-and-material warranty:

"*In essence, the system Colby is applying will result in a 10 year Labor and Material warranty, meaning that if a problem arises, all job site visits, materials needed, and labor expenses will be provided by ITW*. At the conclusion of 10 years, there will be an opportunity for warranty renewal based upon an inspection and necessary repairs.

The ER Systems Florida Rep, Steve Killan, has already completed the pre inspection. Steve will also be present on the jobsite with Colby and upon completion of the application, Steve will inspect and ultimately provide the final warranty."

21.   On or about January 5, 2015, Colby Bachtell of Colby began the installation of the ER Systems' waterproofing system on the existing roof of WAI's commercial office building and completed the installation on or about January 10, 2015.   Upon information and belief, ER Systems' Florida sales representative Steve Killan was present on the jobsite during the application

of the ER Systems' waterproofing system to oversee and/or supervise Colby Bachtell LLC's installation of the system.

22.    On January 28, 2015, ER Systems' Florida sales representative/auditor Steve Killan performed a final (post-application) inspection of the waterproofing system and issued a Waterproofing Job Inspection Report dated January 28, 2015 for the entire (36,000 square feet) roof (hereinafter the Waterproofing Inspection Report or Audit).  A copy of the Waterproofing Inspection Report executed by Steve Killian (ER Systems' sales representative/auditor) and Colby Bachtell of Colby (ITW/ER Systems' applicator) is attached hereto as **Exhibit "E"**. The Waterproofing Inspection Report states "[t]his audit was performed for the sole purpose of ITW PSNA consideration for issuing a warranty".  The report found, among other things, that there was "Proper drainage," "Proper mils applied," no blisters were visible, and Core Moisture Analysis taken. The report further found that "Seams properly addressed," "Insulation solid," and "Flashings addressed".    However, the report made note of certain "Corrective Action Requirements and Field Notes" or punch list which was required to be performed by the ITW/ER Systems' applicator, Colby Bachtell of Colby, for the purpose of ITW consideration for issuing a final warranty:

> "Touch up at pitch pans for HVAC *and proceed with Warranty Coating application looks good!*"

23.    Upon information and belief, COLBY paid a local roofer in Florida approximately $5,000 to perform/complete the punch list required by ITW for the purpose of ITW issuing a final warranty.

24.    Upon information and belief, ITW executed the final 10 Year Coatings System Sustainable Warranty (bearing Warranty No. 12015) on March 11, 2015 (see Exhibit "A"). Although the final warranty was executed and "Accepted By" ITW on March 11, 2015, the

Warranty provided a retroactive date of issuance of January 10, 2015 (date of completion of installation) and provided an expiration date of the 10-year warranty period of January 10, 2025.

25.     The 10 Year Coatings System Sustainable Warranty "is to supply repair materials and labor if the leak in the system is caused from ordinary wear and tear from the elements or from manufacturing defects and workmanship to keep system in a watertight state, which starts from the date of completion." For the first two (2) year period of the labor-and-material warranty, ITW's applicator/independent contractor Colby agreed "it will repair any defects which ITW PSNA determines warrantable leaks or defects." For the remaining eight (8) years of the labor-and-material warranty, ITW agreed it "is solely responsible for…labor and material". During the applicable eight year warranty period, ITW agreed "to repair and cover labor and materials for that portion of the ITW PSNA materials that contains manufacturing defects that have resulted in a leak or deterioration caused by ordinary wear and tear by the elements that have resulted in a leak."

26.     Eight months after the installation of the ER Systems' waterproofing system, WAI continued to experience problems with the roof. On September 21, 2015, Seth Moul of WAI Global sent an email to the applicator Colby Bachtell to notify COLBY of issues relating to the installation of the waterproofing system, including water ponding on the roof and lack of positive roof drainage. A copy of the September 21, 2015 email from Seth Moul is attached hereto as **Exhibit "F"**.

27.     Despite notifying COLBY in September 2015, *during the two year warranty period (January 10, 2015 thru January 10, 2017)* COLBY agreed under the warranty it will repair any defects relating to the installation of the waterproofing system, COLBY failed and/or refused to even attempt to honor its warranty obligations until as late as June 2017. On or about June 19, 2017, COLBY returned to Florida to attempt to perform repairs to the roof, which included

8

performing the following repair work: "Installed (1) 4" roof drain, flashed to roof with cement and membrane," "Lowered (1) existing roof drain and flashed to roof with cement and membrane," "Patched (2) damaged areas on the roof, and re-installing "15 gallons of OneStep roof coating to areas around drains." Upon completing its attempted repairs, COLBY failed and/or refused to honor its warranty obligations by charging WAI Global $6,800 to perform its "warranty obligated repairs. A copy of Colby Bachtell LLC's Invoice No. 1569 dated June 19, 2017 is attached hereto as **Exhibit "G"**.

28.    Due to COLBY's failure and/or refusal to honor its obligations under the warranty, WAI Global was forced to pay out-of-pocket for the attempted repairs, at its own expense.

29.    After the paid for "warranty repairs", WAI Global continued to experience issues relating to the installation of the waterproofing system even after Colby Bachtell LLC attempted to perform repairs to the waterproofing system in or about June 2017.

30.    On or about June 6, 2019, Seth Moul of WAI Global sent an email to the applicator Colby Bachtell to notify Colby Bachtell LLC of continued issues with the waterproofing system, including continued roof leaks and uplift of the ER Systems' materials installed by Colby Bachtell on the roof. A copy of the June 6, 2019 email from Seth Moul is attached hereto as **Exhibit "H"**.

31.    On or about June 20, 2019, an Applications Engineer of ITW, Lesley Henry III, supplied WAI Global with a blank Warranty Claim form which was to be filled out by WAI Global. A copy of the June 20, 2019 email from Lesley Henry III is attached hereto as **Exhibit "I."**

32.    On or about June 21, 2019, Seth Moul of WAI Global submitted/returned a completed Warranty Claim form to ITW representative Lesley Henry III to provide written notice to ITW that WAI Global was making a claim under the Warranty. A copy of the Warranty Claim form is attached hereto as **Exhibit "J"**. The Warranty Claim described the problem as follows:

"***Flashing around the entire roof is not sealed properly causing water to leak into the building***.  There are also several low lying/ponding areas ***where the ER Systems elastomeric material is now completely eroded and there are visible cracks in the roof allowing the water to come thru***." (emphasis added).

On or about June 28, 2019, Seth Moul of WAI Global submitted to ITW representative Lesley Henry III a copy of the 10 Year Coatings System Sustainable Warranty.

33.     ITW and COLBY failed and/or refused to honor its obligations under the Warranty by failing and/or refusing to repair and cover the labor and materials that have resulted in warrantable leaks and/or deterioration of the waterproofing system caused by ordinary wear and tear by the elements.

34.     As a result of ITW's and COLBY's failure and/or refusal to repair and cover the labor and materials that have resulted in leaks and/or deterioration of the waterproofing system under the Warranty, WAI sustained substantial damages to the roof and interior of its commercial office building.  Due to ITW's and COLBY's failure to timely honor its obligations under the Warranty, the roof was damaged beyond repair, which necessitated the costly removal and replacement of the entire existing roof (including the underlayment) with an entirely new roofing system.

35.     On or about October 10, 2019, WAI entered into a contract with Paul Bange Roofing, Inc. for the complete removal and replacement of the existing (damaged) roof with a new roofing system for the cost and/or expense of $283,371, which WAI has fully paid for out-of-pocket, at its own expense.  Upon information and belief, the installation of the new roofing system began in or about October 2019 and was completed in or about November 2019.

36.     As a result of ITW's and COLBY's failure and/or refusal to honor its obligations under the Warranty, WAI also sustained substantial interior damages to the interior ceilings, walls, and/or floors of WAI's commercial office building, including but not limited to, the following

costs and/or expenses: performance of moisture/mold surveys/assessments (excess of $1,300), repair of damages to interior office spaces ($216,903.43), remediation and/or removal of mold from interior office spaces ($5,723.22), carpet cleaning ($199.72), and replacement of flooring ($8,182.60). These interior damages were caused by the failure and/or deterioration of the ER Systems' waterproofing system, and ITW's and COLBY's failure to timely repair and cover the labor and materials that have resulted in warrantable leaks and/or deterioration of the waterproofing system.

**COUNT I**
**COLBY'S BREACH OF EXPRESS WARRANTY**

37.     Plaintiffs restate and incorporate herein by reference paragraphs 1 through 36 above as though fully set forth herein.

38.     This is an action for breach of an express warranty.

39.     Under the 10 Year Coatings System Sustainable Warranty, COLBY warranted "to supply repair materials and labor if the leak in the system is caused from ordinary wear and tear from the elements or from manufacturing defects and workmanship to keep system in a watertight state, which starts from the date of completion." For the first two (2) year period of the labor-and-material warranty, COLBY' agreed "it will repair any defects which ITW PSNA determines warrantable leaks or defects."

40.     COLBY breached the Warranty during the applicable two-year warranty period by failing and/or refusing to repair and cover the labor and materials that have resulted in leaks and/or deterioration of the waterproofing system caused by ordinary wear and tear by the elements.

41.     As a direct result of COLBY's breach of the Warranty during the initial two year warranty period, Plaintiffs have sustained substantial damages to the roof of its commercial office building, including, but not limited to, the following costs and/or expenses: performance of roof

11

moisture surveys, and subsequent core sampling and laboratory testing which identified high levels of moisture content in roof system assemblies; and removal and replacement of damaged roof with new roofing system (in excess of $280,000). Plaintiffs have also sustained substantial interior damages to the ceilings, walls, and/or floors of its commercial office building, including but not limited to, the following costs and/or expenses: performance of moisture/mold surveys/assessments (excess of $1,300), repair of damages to interior office spaces ($216,903.43), remediation and/or removal of mold from interior office spaces ($5,723.22), carpet cleaning ($199.72), and replacement of flooring ($8,182.60).

42.     The cost and/or expense of replacing the roof and remediating and/or repairing the interior damages were caused by the failure and/or deterioration of the ER Systems' waterproofing system, and COLBY's failure to timely repair and cover the labor and materials that resulted in warrantable leaks and/or deterioration of the waterproofing system and the complete replacement of the waterproofing (roofing) system.

WHEREFORE, the Plaintiffs prays that this Court enters judgment in its favor and against the Defendant, COLBY BACHTELL LLC, for all damages, compensatory damages, costs, pre-judgment interest, and any other relief that may be just or necessary under the circumstances.

## COUNT II
## ITW'S BREACH OF EXPRESS WARRANTY

43.     Plaintiffs restate and incorporate herein by reference paragraphs 1 through 36 above as though fully set forth herein.

44.     This is an action for breach of an express warranty.

45.     Under the 10 Year Coatings System Sustainable Warranty, ITW warranted "to supply repair materials and labor if the leak in the system is caused from ordinary wear and tear from the elements or from manufacturing defects and workmanship to keep system in a watertight

12

state, which starts from the date of completion."  For the first two (2) year period of the labor-and-material warranty, ITW's applicator/independent contractor Colby Bachtell LLC agreed "it will repair any defects which ITW PSNA determines warrantable leaks or defects."  For the remaining eight (8) years of the labor-and-material warranty, ITW agreed it "is solely responsible for…labor and material".  During the applicable eight year warranty period, ITW agreed "to repair and cover labor and materials for that portion of the ITW PSNA materials that contains manufacturing defects that have resulted in a leak or deterioration caused by ordinary wear and tear by the elements that have resulted in a leak."

46.    ITW breached the Warranty during the applicable eight-year warranty period by failing and/or refusing to repair and cover the labor and materials that have resulted in leaks and/or deterioration of the waterproofing system caused by ordinary wear and tear by the elements.

47.    As a direct result of ITW's breach of the Warranty during the eight year warranty period, Plaintiffs have sustained substantial damages to the roof of its commercial office building, including, but not limited to, the following costs and/or expenses: performance of roof moisture surveys, and subsequent core sampling and laboratory testing which identified high levels of moisture content in roof system assemblies; and removal and replacement of damaged roof with new roofing system (in excess of $280,000).  Plaintiffs have also sustained substantial interior damages to the ceilings, walls, and/or floors of its commercial office building, including but not limited to, the following costs and/or expenses: performance of moisture/mold surveys/assessments (excess of $1,300), repair of damages to interior office spaces ($216,903.43), remediation and/or removal of mold from interior office spaces ($5,723.22), carpet cleaning ($199.72), and replacement of flooring ($8,182.60).

13

48.     The cost and/or expense of replacing the roof and remediating and/or repairing the interior damages were caused by the failure and/or deterioration of the ER Systems' waterproofing system, and ITW's failure to timely repair and cover the labor and materials that resulted in warrantable leaks and/or deterioration of the waterproofing system and the complete replacement of the waterproofing (roofing) system.

WHEREFORE, the Plaintiffs prays that this Court enters judgment in its favor and against the Defendant, ITW POLYMERS SEALANTS NORTH AMERICA INC., for all damages, compensatory damages, costs, pre-judgment interest, and any other relief that may be just or necessary under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury of all issues so triable by right.

Dated this 17th day of November, 2020.

AGNANT & LAMBDIN, LLC
2 South University Drive, Suite 315
Fort Lauderdale, FL 33324
Telephone: (954) 368-4164
Facsimile: (561) 293-2526
(Counsel for *Plaintiff*)

By: __/s/ Keith J. Lambdin, Esq.___
KEITH J. LAMBDIN (FBN: 796999)
ERIK J. WILLMAN (FBN: 106241)
klambdin@agnantlaw.com
ewillman@agnantlaw.com
clondono@agnantlaw.com
kpiedra@agnantlaw.com



ITW Polymers Sealants North America, Inc
111 South Nursery Road
Irving, TX 75060

Warranty #: 12015
Issued: 01/10/2015
Expiration: 01/10/2025

## 10 YEAR
### COATINGS SYSTEM SUSTAINABLE WARRANTY

| | |
|---|---|
| **Building Name:** | Trial Graphics |
| **Building Location:** | 3300 Corporate Way Miramar, FL 33025 |
| **Use of Building:** | Storage |
| **Building Owner:** | WAI Global |
| **Owner Address:** | 3300 Corporate Way Miramar, FL 33025 |
| **Date Installation Started:** | 01/05/2015 |
| **Date of Completion:** | 01/10/2015 |
| **Date of Material Purchase:** | 12/18/2014 |
| **Final Inspection By:** | Steve Killon |
| **Coatings Used:** | Acrylic |
| **Installed Over:** | Asphalt |
| **Description of Installation:** | 1st Coat: ½ gal/sq Acrylic Asphalt Primer 2nd Coat: 1 ¼ gal/sq 1000; 3rd Coat: 1 ¼ gal/sq 1000 |
| **Applicator:** | Colby Bachtell |
| **Applicator Address:** | 12785 Allanthus Drive Hagerstown, MD 21742 |
| **Square Footage:** | 36,000 |
| **Notes:** | |

ITW Polymers Sealants North America, Inc ("ITW PSNA", a subsidiary of Illinois Tool Works, Inc) warrants the waterproofing system described above that, subject to the conditions and limitation of this limited warranty, ITW PSNA's warranty is to supply repair materials and labor if the leak in the system is caused from ordinary wear and tear from the elements or from manufacturing defects and workmanship to keep system in a watertight state, which starts from the date of completion. After the stated 10 year period a system inspection is required to make sure that the waterproofing system meets guidelines. All coating and repairs that are required are the building owner's expense. After coating and repairs are made, a warranty extension in increments of 5 years may be purchased.

### TERMS, CONDITIONS, LIMITATIONS

1. Conditions to Warranty Coverage
   a. Applicator: The Applicator is an independent contractor and should under no circumstances be viewed as an employee, agent, or partner of ITW PSNA. The ITW PSNA materials must be installed by an ITW PSNA applicator, in accordance with current published Sample Design Guidelines. Applicator agrees that for a period of two (2) years from the effective date of the warranty it will repair any defects which ITW PSNA determines warrantable leaks or defects. After the first (2) years, ITW PSNA is solely responsible for the remaining 8 years for labor and material. Maintenance: The owner must exercise care of the warranted system, said maintenance to include, but not limited to, those items listed on warranty bulletin provided with this warranty. If this maintenance is not followed, this may result in loss of warranty.
   b. Buildings: Cannot have high internal humidity or be used as freezer buildings for cold storage without prior approval.
   c. This warranty only applies to use of ITW PSNA products on institutional, commercial, industrial, and high-rise/multi-family residential buildings.

2. ITW PSNA Liabilities
   a. ITW PSNA's sole responsibility for breach of this limited warranty is to repair and cover labor and materials for that portion of the ITW PSNA materials that contains manufacturing defects that have resulted in a leak or deterioration caused by ordinary wear and tear by the elements that have resulted in a leak. Repair or replacement of the deck system, substrate, or other system components used in conjunction with the ITW PSNA materials is NOT included. There is no dollar limit on covered repairs up to the original cost of material.
   b. ITW PSNA shall have no obligation under this Warranty unless and until ITW PSNA, the Applicator, and Distributor suppliers have been paid in full for all materials, supplies, services, warranty costs and other costs which are included in, or incidental to, the waterproofing system. Also, ITW PSNA shall have no obligation under this Warranty unless and until ITW PSNA has received a signed copy of the Warranty.

Exhibit "A"

    c.   ITW PSNA and their designated representatives shall have the right, but not the obligation, to inspect the waterproofing system or any other areas it deems necessary on a periodic basis and shall notify the owner of the existence of any conditions which threaten the integrity of the ITW PSNA materials or waterproofing system. Upon such notification, owner shall, at its own cost, immediately repair or correct such conditions. Failure to make such repairs or corrections shall void this warranty. This warranty shall automatically become void if ITW PSNA, or their agents or representatives are not allowed to perform inspections and/or ITW PSNA reasonable recommendations are not followed.

    d.   This warranty does not extend to costs associated with the removal of any obstructions from the affected area that would hinder or impede repair of the ITW PSNA system, or lift equipment necessary to gain access to the ITW PSNA System. Any such costs shall be OWNER's sole responsibility.

**3.**   **Notification of Claims**

    a.   In the event of a leak resulting from a manufacturing defect or ordinary wear and tear by the elements, the building owner MUST notify ITW PSNA Warranty Department, 6900 Bleck Dr., Rockford, MN 55373, in writing within 5 days after discovery of leak. NOTE: Notice to the applicator or distributor is NOT notice to ITW PSNA. The notice must include a copy of this warranty. ITW PSNA shall evaluate your claim and resolve it in accordance with this warranty within 60 days after notification of a leak.

    b.   If upon inspection, ITW PSNA determines the cause of the leak to be outside the scope of the warranty, (as described in 3(a) above) inspection and repair costs shall be paid by the Building Owner. ITW PSNA will advise the Building Owner of the repairs required. Failure to complete and pay for the repairs shall render this warranty null and void.

**4.**   **Exclusions from Coverage**

This limited warranty does NOT cover lack of water-tightness following:

    a.   Lack of system maintenance or conditions other than leaks.

    b.   Damage to the ITW PSNA materials resulting from causes beyond normal wear and tear such as: (a) unusual weather conditions or natural disasters including, but not limited to, windstorms, hail, floods, hurricanes, lightning, tornados and earthquakes; (b) improper storage or handling of the ITW PSNA materials; (c) excessive snow or ice movement.

    c.   Damage to the system constructed with the ITW PSNA materials due to: (a) movement or cracking of the system or building; cracking or failure of the substrate; (b) improper installation or failure of any non-ITW PSNA products including, but not limited to, nailers; (c) infiltration or condensation of moisture through the walls, copings, building structure, or surrounding materials; (d) chemical attack on the membrane, including, but not limited to, exposure to grease or oil.

    d.   Appearance due to surface profile, texture, cleanliness or discoloration of the ITW PSNA system caused by, but not limited to, environmental conditions, normal weathering or atmospheric conditions.

    e.   Changes     in     the     use     of     the     building     unless     approved     in     writing     in     advance     by     ITW     PSNA.

    f.   Damaging traffic of any nature on the substrate.

    g.   Defects in design, construction, improper preparation or defects in substrate, lack of positive drainage or ponding water, installation of the deck and/or accessories in the substrate system, including but not limited to vents, drains, curb units, or other system components, or any other latent defects on warranted system area;

    h.   Any repairs, modifications or an addition to the ITW PSNA materials after the waterproofing system is completed, unless approved by ITW PSNA in writing in advance.

    i.   Any Condition that is not in accordance with ITW PSNA Sample Design Guidelines unless specifically accepted by ITW PSNA in writing.

    j.   Gutters or any damage to the ITW PSNA materials caused by gutters.

    k.   Improper workmanship in applying the ITW PSNA materials or any other system component. ITW PSNA only warrants that the material is within manufacturer specification and the applicator is responsible to utilize the best industry practices possible, as defined by applicable waterproofing industry supported guidelines (NRCA-Roofing, SWR-General Waterproofing). If discovered that "best practice" was not followed, the applicator is responsible for coverage of the repair, both materials and labor, for the full time as described by this warranty.

    l.   No representative of ITW PSNA, employee or agent of ITW PSNA, or any other person, has any authority to assume for ITW PSNA any additional or other liability or responsibility for ITW PSNA unless approved in writing by an authorized Guarantee Services Manager. ITW PSNA shall not be responsible for or liable for any change and/or amendment to the waterproofing system guidelines in regard to the construction of the waterproofing system described above, unless the change and/or amendment to the guidelines are approved in writing by an authorized ITW PSNA Guarantee Service Manager.

CANCELLATION OF THIS LIMITED WARRANTY WILL RESULT IF THE ITW PSNA MATERIALS ARE DAMAGED BY ANY CAUSE LISTED ABOVE AS AN EXCLUSION FROM COVERAGE SO AS TO AFFECT THE INTEGRITY OR WATERTIGHTNESS OF THE SYSTEM.

**5.**   **Limitation of Damages; Mediation; Jurisdiction; Choice of Law**

    a.   THIS GUARANTEE IS EXPRESSLY IN LIEU OF ANY OTHER GUARANTEES OR WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, and of any other obligations or liability of ITW PSNA, whether any claim against it is based upon negligence, breach of warranty, or any other theory. In NO event shall ITW PSNA be liable for CONSEQUENTIAL or INCIDENTAL DAMAGES of any kind, including, but not limited to, interior damage and mold growth.

    b.   The parties agree that, as a condition precedent to litigation, any controversy or claim relating to the Guarantee shall be first submitted to mediation before a mutually acceptable mediator. In the event that mediation is unsuccessful, the parties agree that neither one will commence or prosecute any lawsuit or proceeding other than before the appropriate state or federal court in the State of Minnesota. This Guarantee shall be governed by the laws of the State of Minnesota, without regard to the principles of conflicts of laws. Each party irrevocably consents to the jurisdiction and venue of the above identified courts.

    c.   NOTE: Some states do not allow limitations on how long an implied warranty lasts or the exclusion of incidental or consequential damages so the above limitations or exclusions may not apply to you. This limited warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

    d.   NOTE: This form is not to be copied or reproduced in any manner. This warranty is valid only in the United States of America. This ITW PSNA limited warranty applies to ITW PSNA materials sold or installed after January 1, 2007.

This writing constitutes the final expressions of the parties' agreement, and it is a complete and exclusive statement of the terms of that agreement.

**ACCEPTED BY:**

ITW Polymers Sealants North America, Inc                        Building Owner: Sample

By: _John Kne_                                        By: _____

Date _3/11/2015_                                      Date: _____

Job Specific Exclusions: _____

ITW Polymers Sealants North America, Inc
111 South Nursery Road
Irving, TX 75060

  

Warranty #:     Sample
Issued:         Sample
Expiration:     Sample

## 10 YEAR
### COATINGS SYSTEM SUSTAINABLE WARRANTY

| | |
|---|---|
| **Building Name:** | Sample |
| **Building Location:** | Sample |
| **Use of Building:** | Sample |
| **Building Owner:** | Sample |
| **Owner Address:** | Sample |
| **Date Installation Started:** | Sample |
| **Date of Completion:** | Sample |
| **Date of Material Purchase:** | Sample |
| **Final Inspection By:** | Sample |
| **Coatings Used:** | Sample |
| **Installed Over:** | Sample |
| **Description of Installation:** | Sample |
| **Applicator:** | Sample |
| **Applicator Address:** | Sample |
| **Square Footage:** | Sample |
| **Notes:** | |

ITW Polymers Sealants North America, Inc ("ITW PSNA", a subsidiary of Illinois Tool Works, Inc) warrants the waterproofing system described above that, subject to the conditions and limitation of this limited warranty, ITW PSNA's warranty is to supply repair materials and labor if the leak in the system is caused from ordinary wear and tear from the elements or from manufacturing defects and workmanship to keep system in a watertight state, which starts from the date of completion. After the stated 10 year period a system inspection is required to make sure that the waterproofing system meets guidelines. All coating and repairs that are required are the building owner's expense. After coating and repairs are made, a warranty extension in increments of 5 years may be purchased.

### TERMS, CONDITIONS, LIMITATIONS

1. Conditions to Warranty Coverage
   a. Applicator: The Applicator is an independent contractor and should under no circumstances be viewed as an employee, agent, or partner of ITW PSNA. The ITW PSNA materials must be installed by an ITW PSNA applicator, in accordance with current published Sample Design Guidelines. Applicator agrees that for a period of two (2) years from the effective date of the warranty it will repair any defects which ITW PSNA determines warrantable leaks or defects. After the first (2) years, ITW PSNA is solely responsible for the remaining 8 years for labor and material. Maintenance: The owner must exercise care of the warranted system, said maintenance to include, but not limited to, those items listed on warranty bulletin provided with this warranty. If this maintenance is not followed, this may result in loss of warranty.
   b. Buildings: Cannot have high internal humidity or be used as freezer buildings for cold storage without prior approval.
   c. This warranty only applies to use of ITW PSNA products on institutional, commercial, industrial, and high-rise/multi-family residential buildings.
2. ITW PSNA Liabilities
   a. ITW PSNA's sole responsibility for breach of this limited warranty is to repair and cover labor and materials for that portion of the ITW PSNA materials that contains manufacturing defects that have resulted in a leak or deterioration caused by ordinary wear and tear by the elements that have resulted in a leak. Repair or replacement of the deck system, substrate, or other system components used in conjunction with the ITW PSNA materials is NOT included. There is no dollar limit on covered repairs up to the original cost of material.
   b. ITW PSNA shall have no obligation under this Warranty unless and until ITW PSNA, the Applicator, and Distributor suppliers have been paid in full for all materials, supplies, services, warranty costs and other costs which are included in, or incidental to, the waterproofing system. Also, ITW PSNA shall have no obligation under this Warranty unless and until ITW PSNA has received a signed copy of the Warranty.

Exhibit "B"

c.  ITW PSNA and their designated representatives shall have the right, but not the obligation, to inspect the waterproofing system or any other areas it deems necessary on a periodic basis and shall notify the owner of the existence of any conditions which threaten the integrity of the ITW PSNA materials or waterproofing system. Upon such notification, owner shall, at its own cost, immediately repair or correct such conditions. Failure to make such repairs or corrections shall void this warranty. This warranty shall automatically become void if ITW PSNA, or their agents or representatives are not allowed to perform inspections and/or ITW PSNA reasonable recommendations are not followed.

d.  This warranty does not extend to costs associated with the removal of any obstructions from the affected area that would hinder or impede repair of the ITW PSNA system, or lift equipment necessary to gain access to the ITW PSNA System. Any such costs shall be OWNER's sole responsibility.

3.  Notification of Claims

a.  In the event of a leak resulting from a manufacturing defect or ordinary wear and tear by the elements, the building owner MUST notify ITW PSNA Warranty Department, 6900 Bleck Dr., Rockford, MN 55373, in writing within 5 days after discovery of leak. NOTE: Notice to the applicator or distributor is NOT notice to ITW PSNA. The notice must include a copy of this warranty. ITW PSNA shall evaluate your claim and resolve it in accordance with this warranty within 60 days after notification of a leak.

b.  If upon inspection, ITW PSNA determines the cause of the leak to be outside the scope of the warranty, (as described in 3(a) above) inspection and repair costs shall be paid by the Building Owner. ITW PSNA will advise the Building Owner of the repairs required. Failure to complete and pay for the repairs shall render this warranty null and void.

4.  Exclusions from Coverage

This limited warranty does NOT cover lack of water-tightness following:

a.  Lack of system maintenance or conditions other than leaks.

b.  Damage to the ITW PSNA materials resulting from causes beyond normal wear and tear such as: (a) unusual weather conditions or natural disasters including, but not limited to, windstorms, hail, floods, hurricanes. lightning, tornados and earthquakes; (b) improper storage or handling of the ITW PSNA materials; (c) excessive snow or ice movement.

c.  Damage to the system constructed with the ITW PSNA materials due to: (a) movement or cracking of the system or building; cracking or failure of the substrate; (b) improper installation or failure of any non-ITW PSNA products including, but not limited to, nailers; (c) infiltration or condensation of moisture through the walls, copings, building structure, or surrounding materials; (d) chemical attack on the membrane, including, but not limited to, exposure to grease or oil.

d.  Appearance due to surface profile, texture, cleanliness or discoloration of the ITW PSNA system caused by, but not limited to, environmental conditions, normal weathering or atmospheric conditions.

e.  Changes     in     the     use     of     the     building     unless     approved     in     writing     in     advance     by     ITW     PSNA.

f.  Damaging traffic of any nature on the substrate.

g.  Defects in design, construction; improper preparation or defects in substrate, lack of positive drainage or ponding water, installation of the deck and/or accessories in the substrate system, including but not limited to vents, drains, curb units, or other system components,  or any other latent defects on warranted system area;

h.  Any repairs, modifications or an addition to the ITW PSNA materials after the waterproofing system is completed, unless approved by ITW PSNA in writing in advance.

i.  Any Condition that is not in accordance with ITW PSNA Sample Design Guidelines unless specifically accepted by ITW PSNA in writing.

j.  Gutters or any damage to the ITW PSNA materials caused by gutters.

k.  Improper workmanship in applying the ITW PSNA materials or any other system component. ITW PSNA only warrants that the material is within manufacturer specification and the applicator is responsible to utilize the best industry practices possible. As defined by applicable waterproofing industry supported guidelines (NRCA-Roofing, SWR-General Waterproofing). If discovered that "best practice" was not followed, the applicator is responsible for coverage of the repair, both materials and labor, for the full time as described by this warranty.

l.  No representative of ITW PSNA, employee or agent of ITW PSNA, or any other person, has any authority to assume for ITW PSNA any additional or other liability or responsibility for ITW PSNA unless approved in writing by an authorized Guarantee Services Manager.  ITW PSNA shall not be responsible for or liable for any change and/or amendment to the waterproofing system guidelines in regard to the construction of the waterproofing system described above, unless the change and/or amendment to the guidelines are approved in writing by an authorized ITW PSNA Guarantee Service Manager.

CANCELLATION OF THIS LIMITED WARRANTY WILL RESULT IF THE ITW PSNA MATERIALS ARE DAMAGED BY ANY CAUSE LISTED ABOVE AS AN EXCLUSION FROM COVERAGE SO AS TO AFFECT THE INTEGRITY OR WATERTIGHTNESS OF THE SYSTEM.

5.  Limitation of Damages; Mediation; Jurisdiction; Choice of Law

a.  THIS GUARANTEE IS EXPRESSLY IN LIEU OF ANY OTHER GUARANTEES OR WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, and of any other obligations or liability of ITW PSNA, whether any claim against it is based upon negligence, breach of warranty, or any other theory.  In NO event shall ITW PSNA be liable for CONSEQUENTIAL OR INCIDENTAL DAMAGES of any kind, including, but not limited to, interior damage and mold growth.

b.  The parties agree that, as a condition precedent to litigation, any controversy or claim relating to the Guarantee shall be first submitted to mediation before a mutually acceptable mediator. In the event that mediation is unsuccessful, the parties agree that neither one will commence or prosecute any lawsuit or proceeding other than before the appropriate state or federal court in the State of Minnesota. This Guarantee shall be governed by the laws of the State of Minnesota, without regard to the principles of conflicts of laws.  Each party irrevocably consents to the jurisdiction and venue of the above identified courts.

c.  **NOTE:** Some states do not allow limitations on how long an implied warranty lasts or the exclusion of incidental or consequential damages so the above limitations or exclusions may not apply to you.  This limited warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

d.  **NOTE:** This form is not to be copied or reproduced in any manner.  This warranty is valid only in the United States of America. This ITW PSNA limited warranty applies to ITW PSNA materials sold or installed after January 1, 2007.

This writing constitutes the final expressions of the parties' agreement, and it is a complete and exclusive statement of the terms of that agreement.

**ACCEPTED BY:**

ITW Polymers Sealants North America, Inc                                    Building Owner: Sample

By: _____                                    By: _____

Date: _____                                    Date: _____

Job Specific Exclusions: _____



**Colby Bachtell** LLC

**GENERAL CONTRACTOR**

12785 Ailanthus Drive
Hagerstown, MD 21742
Cell Phone 301-992-1808
Office and Fax 301-797-5197
colbybachtellLLC1@gmail.com

# Proposal

| Date | Proposal No. |
|------|--------------|
| 12/3/2014 | 1543 |

**Name/Address**

WAI Global
3300 Corporate Way
Miramar, FL 33025

| Project |
|---------|
| |

| Description | Qty | Rate | Total |
|-------------|-----|------|-------|
| -Power wash entire roof area to clean roof of loose debris<br>-Apply Permathane SM2100 silyl-modified adhesive sealant, per manufacturers specifications, to all laps, head laps, pitch pockets and curbs<br>-Apply ER Systems OneStep High Performance Elastomeric Roof Coating to entire roof surface, walls and curbs - coating to be installed at a rate of 2 gallons per 100 square feet in (1) pass<br>-Job site to be cleaned daily<br><br>NOTE - Colby Bachtell, LLC will coordinate with the facility director the delivery and loading of roof materials<br>NOTE - A representative of ER Systems will do a pre-application inspection followed by a final inspection upon completion<br>NOTE - Roof comes with a 10-year manufacturer warranty on material on labor | | 97,100.00 | 97,100.00 |

I propose hereby to furnish material and labor - complete in accordance with the above specifications, for the sum of:   **$97,100.00**

Payment is to be made as follows:    **Payment due in full upon completion**

**Acceptance of Proposal -** The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above. Price stated above is valid for 30 days.

All material is guaranteed to be as specified. All work to be completed in a substantial workmanlike manner according to specifications submitted per standard practices. Any alteration of deviation from above specification involving extra costs will be executed only upon written orders, and will become an extra charge over and above the proposal. All agreements contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. We are fully covered by Workman's Compensation Insurance. Any legal fees incurred by Colby Bachtell LLC in an attempt to collect a debt will be added to the customers balance.

Date of Acceptance: _____

Signature _____

Signature _____

I look forward to doing business with you.

MD MHIC LIC #95343 MHBR #5722
WV LIC #WV042162
PA LIC #PA073684

  

Exhibit "C"

**From:** Safren, Hannah [mailto:hannahs@itwsealants.com]
**Sent:** Monday, December 29, 2014 4:08 PM
**To:** Seth Moul <seth.moul@waiglobal.com>
**Cc:** colbybachtellllc1@gmail.com
**Subject:** ER Systems Warranty

Hey Seth, I spoke with Colby and he requested that I send you a copy of the warranty for your review. Please see attachment.

In essence, the system Colby is applying will result in a 10 year Labor and Material warranty, meaning that if a problem arises, all job site visits, materials needed, and labor expenses will be provided by ITW. At the conclusion of 10 years, there will be an opportunity for warranty renewal based upon an inspection and necessary repairs.

The ER Systems Florida Rep, Steve Killan, has already completed the pre inspection. Steve will also be present on the jobsite with Colby and upon completion of the application, Steve will inspect and ultimately provide the final warranty.

If you have any further questions, please reach out!

1

Exhibit "D"

**Hannah Safren**
Northeast Regional Manager
ITW Roofing and Waterproofing
443-253-9292
HannahS@itwsealants.com

From: 941 741 4966          Page: 1/1          Date: 2/3/2015 8:24:07 AM



481. 875. 6923

*ITW* **Polymers Sealants** North America

111 South Nursery Road
Irving, TX 75060
800.403.7747- or - 763.565.6900 fax: 763.565.6901
ersystems.com

## Waterproofing Job Inspection Report

Warranty/Job No.: ERSYSTEMS          Project Spec. No.: _____
Auditing Firm: ERSYSTEMS
Job Name: 3300 CORPORATE WAY
Applicator: Colby BACHEL LLC.
Applicator Representative/Title: Colby

Audit Date: JAN 28
Auditor Name: STEVE ILLIANO
Bldg. Name/No.: 3300
Total Square Feet Audited: 36,000

941- 962- 9436

### ***USE N/A WHERE NOT APPLICABLE; USE N/O WHERE NOT OBSERVABLE***

#### Coatings

**1) System Type:** _____ Circle One: _____ Polyurethane, _____ Acrylic, ✗ Other MS ONE STEP
Roof Surface: _____ Asphalt (_____ B.U.R. Smooth, _____ Mod. Bit. Smooth, ✗ Mod. Bit. Granulated)
_____ Single-ply (EPDM, PVC, CSPE, Other)
_____ Metal
_____ PUF
Roof Shape: ✓ Flat, _____ Dome, _____ Arch, _____ Gabel
Coating Thickness (destructive test may be required): 28 mils
1ˢᵗ coat MS ONE STEP @ 2 gallons/square
2ⁿᵈ coat _____ @ _____ gallons/square
3ʳᵈ coat _____ @ _____ gallons/square

**Destructive Tests Required (Minimum of 4 samples)**
Metal – Banana Gauge Pictures
SPR/Asphalt/SPF – All destructive tests
Comments (list products used for repair of destructive tests)

Roof system subject to oils and fats: Yes _____ No ✓
Primer used: Yes _____ No ✓
Silicone completely removed: Yes ✓ No _____
Proper drainage: Yes _____ No ✓
Proper mils applied: Yes ✓ No _____
Any blisters visible: Yes _____ No ✓
Moisture Analysis: IR _____ Core ✓
Original Warranty Documents: Yes _____ No ✓

**2) Metal:**
All seams stitched where necessary: Yes _____ No _____
Gaps ¼" or larger bridged w/polyurethane caulk: Yes _____ No _____
Ridgecap addressed and sealed: Yes _____ No _____
HER feathered smooth: Yes _____ No _____

**3) Foam:**
Visible foam blisters: Yes _____ No _____
Foam solid: Yes _____ No _____
Good overall texture: Yes _____ No _____

**4) Single-ply Restoration:**
Seams properly addressed: Yes _____ No _____
Insulation solid: Yes _____ No _____
Roof made watertight before coating: Yes _____ No _____
Flashings and walls addressed: Yes _____ No _____

**5) Asphalt:**
Repairs made: Yes _____ No ✓
Seams properly addressed: Yes ✓ No _____        HER & & or MS ADHESIVE Sealant
Insulation solid: Yes ✓ No _____
Flashings addressed: Yes ✓ No _____

lesley@ITWsealants.com

lesley@ITW

lesley@
Leo
Henry
714-326-5400

### Corrective Action Requirements and Field Notes

Touch up at pitchpass for HVAC AND process with Warranty
Coating Application Looks Good

This audit was performed for the sole purpose of ITW PSNA consideration for issuing a warranty. ITW PSNA acceptance of this audit does not obligate ITW PSNA to comply any contractual agreements and/or obligations between the applicator and the building owner or the owner's representatives.

Re-Audit required (explain in note section) No ✓ Yes _____
Corrective action required No _____ Yes ✓
Corrective action letter required No _____ Yes ✓
Corrective action performed during audit Yes _____ No ✓
Photos attached Yes _____ No ✓
Roof audit diagram attached Yes ✓ No _____

Auditor Signature: _____

Applicator Signature: colby BACHEL

Date: Jan 28 2015

Coatings Job Inspection Report          01.01.14

Exhibit "E"

-----Original Message-----
From: Seth Moul [mailto:Seth.Moul@waiglobal.com]
Sent: Monday, September 21, 2015 9:23 AM
To: colbybachtelllllc1@gmail.com
Cc: David Lyles <DLyles@lylesventures.com>; Doug Moul <Doug.Moul@waiglobal.com>; Louis
Foreacre <Louis.Foreacre@waiglobal.com>
Subject: FW: Water buildup

Hi Colby,

1

Exhibit "F"

Not sure if David passed on these photos of the issues we are having with the roof. Certain areas are below the level of the drain so the water is accumulating and remaining until the sun dries it up rather than running off thru the drains. Please let us know what we need to do here.

Thanks
Seth

-----Original Message-----
From: Seth Moul
Sent: Friday, September 18, 2015 1:52 PM
To: David Lyles <DLyles@lylesventures.com>; Louis Foreacre <Louis.Foreacre@waiglobal.com>; Doug Moul
<Doug.Moul@waiglobal.com>
Subject: Water buildup

Hey David,

A couple places in the roof continue to have water buildup due to the level of the roof not funneling the water properly. Lou is keeping up with the leaves and is having the trees trimmed back to prevent them coming down in the future. Can you send the attached pictures to Colby and see what he recommends that we do ?



# Colby Bachtell LLC
## ROOFING CONTRACTOR

12785 Ailanthus Drive
Hagerstown, MD 21742
Cell Phone 301-992-1808
Office and Fax 301-797-5197
colbybachtellLLC1@gmail.com

**Bill To**

WAI Global
3300 Corporate Way
Miramar, FL 33025

# Invoice

| Date | 6/19/2017 |
|------|-----------|
| Invoice # | 1569 |
| P.O. No. | |
| Terms | Due on receipt |
| Due Date | 6/19/2017 |
| Project | 2017 Roof Drain Repairs |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| -Cleaned roof of all debris | | | |
| -Installed (1) 4" roof drain, flashed to roof with cement and membrane | | | |
| -Lowered (1) existing roof drain and flashed to roof with cement and membrane | | | |
| -Patched (2) damaged areas on roof | | | |
| -Installed 15 gallons of OneStep roof coating to areas around drains | | | |
| Materials - coating, roof drain, cold applied roofing, cement, hand tools | | 2,971.79 | 2,971.79 |
| Airline tickets and hotel | | 1,157.88 | 1,157.88 |
| Labor | | 1,968.00 | 1,968.00 |
| Profit | | 702.33 | 702.33 |

Thank you for your business.

| | Total | $6,800.00 |
|--|-------|-----------|

For billing inquiries please call 301-797-5197. There will be a $35.00 charge for all returned checks. A monthly finance charge of 1.5% will be charged on any unpaid balance, which is an annual percentage rate of 18%. Any legal fees incurred by Colby Bachtell LLC in an attempt to collect a debt will be added to the customers balance.

**MD MHIC LIC #95343 MHBR #5722**
**WV LIC #WV042162**
**PA LIC #PA073684**

  

Exhibit "G"

On Thu, Jun 6, 2019, 5:28 PM Seth Moul <Seth.Moul@waiglobal.com> wrote:

Hey Colby,

Need to find some time to chat about our roof situation at our office that your team worked on. We continue to have random leaks and the material we laid down is coming up in many places, especially around the outsides of the roof. We contacted the guy who is the representative for the material based out of Tampa, who came down with a local installer to look at it. They wrote up the issues and said we need to some work to resolve the problems. Here is what they are stating needs done:

Silicone coating to  lower section Granulated modified roof, and Reinforce perimeter.

1.    Pressure clean entire roof areas in question using 3500 PSI.

2.    Check all perimeter and field roof areas for lifted seams.

3.    Seal all lifted seams using ER Systems. HER sealant.

4.    Check entire roof area for moisture.

5.    Seal all blisters and damaged areas using the HER sealant.

6.    Replace all damaged and wet decking with new and re seal with cap sheet.

7.    Supply and install a membrane to entire internal perimeter roof in between 2 coats of the acrylic coating.

8.    Seal all flashing details, pipes and upstand details using the same sealant.

9.    Supply and install the ER Systems Eraguard 1000 to new membrane.

10.  Low lying draining edge to be coated with the ER Systems Urethane coating. (Holds up under ponding)

Exhibit "H"

11.  Remove and cart debris away to dumpsters.

Our contract states that we have a 10 year material and labor warranty on the roof. We would like to claim this warranty to get the roof repaired as soon as possible. The rainy season in South Florida is now upon us.

Please let me know when you are available to discuss.

Thanks,
Seth Moul

3

**From:** Henry, Lesley [mailto:lesleyh@itwsealants.com]
**Sent:** Thursday, June 20, 2019 10:59 AM
**To:** Doug Moul
**Subject:** Warranty Claim

Doug, (610-306-7974)

Please fill out thoroughly.

**Lesley Henry III | Applications Engineer**



ITW Polymers Sealants North America
12271 Monarch Street. Garden Grove, CA 92841
Direct: +1-714-793-1974 | Cell: +1-714-326-5400
Email: lesleyh@itwsealants.com | www.itwsealants.com

2

Exhibit "I"

*CONFIDENTIALITY NOTICE:* This e-mail message, including any attachments or links, is for the sole use of the intended recipient(s) and may contain confidential, privileged or sensitive information . Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. *Although this email and any attachments are believed to be free of any VIRUS or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Illinois Tool Works Inc. accepts no responsibility for any loss or damage*



**WARRANTY CLAIM**

111 S. Nursery Road, Irving, TX 75060
Tel: 1-800-878-7876 • Int: 972-438-9111
Fax: 972-554-3930 • www.itwsealants.com

If you are making a warranty claim on your Roof or Deck, please fill out all information below as well as sending in a copy of your warranty to orders@itwsealants.com

Do you have a Warranty? ☒ Yes ☐ No

If you have a warranty, please attach your copy to this document.

**Building Information**

Name  WAI Global

Address  3300 Corporate Way, Miramar, FL, 33025

**Building Owner Information**

Name  Seth Moul

Address  3300 Corporate Way, Miramar, FL 33025

Phone  305-987-8039 (cell)   954-308-4891 (work)

e-mail  seth.moul@waiglobal.com

**Contractor Information**

Name  Colby Bachtell

Address  12785 Ailanthus Drive

Phone  301-992-1808 (cell)   301-797-5197 (office)

e-mail  colby bachtell LLC@gmail.com

Total square feet of roof or deck: __36,000__   Percentage affected: __50%__

Which areas are affected? ☐ All   ☐ Front   ☐ Back   ☐ Left Side   ☐ Right Side

Description of Problem:  Flashing around the entire roof is not sealed properly causing water to leak into the building. There are also several low lying/ponding areas where the ER systems elastomeric material is now completely erroded and there are visable cracks in the roof allowing the water to come thru.

PERMATHANE   PolySpec THIOKOL   Sto-Kote   STA-PUT   MIRACLE   Futura.   E-las-tek   ACRYL-R   AMERICAN SAFETY

Exhibit "J"