UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WETHERILL ASSOCIATES, INC. D/B/A WAI GLOBAL,
and WAI 3300 CORPORATE WAY, LLC,

    Plaintiffs,
v.                                                      CASE NO: 20-62672-CIV-ALTMAN

ITW POLYMERS SEALANTS NORTH AMERICA, INC.,
and COLBY BACHTELL, LLC,

    Defendants.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**[1]

      Plaintiffs, WETHERILL ASSOCIATES, INC. D/B/A WAI GLOBAL and WAI 3300 CORPORATE WAY, LLC, by and through its undersigned counsel, hereby disclose the following pursuant to this Court's December 30, 2020 Order (DE 5):

1.)     A complete list of persons, associated persons, attorneys, association of persons, firms, law firms, partnerships, and corporations that have or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

      a. **WAI 3300 Corporate Way, LLC**
         **3300 Corporate Way**
         **Miramar, FL 33025**
         *Plaintiff*

      b. **Wetherill Associates, Inc. d/b/a WAI Global**
         **3300 Corporate Way**
         **Miramar, FL 33025**
         *Parent Company of Plaintiff WAI 3300 Corporate Way, LLC*

      c. **Wetherill Enterprises, Inc.**
         **c/o The Corporation Trust Company**

---

[1] Re-filed pursuant to the Clerks Notice to Filer (DE 21) to enter all other interested parties from the Plaintiffs' Certificate of Interested Parties and Corporate Disclosure Statement (DE 15).

       **Corporation Trust Center**
       **1209 Orange Street**
       **Wilmington, DE 19801**
       *Ultimate Parent Company of Plaintiff Wetherill Associates, Inc. d/b/a WAI Global*

d. **Douglas G. Moul**
   **3300 Corporate way**
   **Miramar, FL 33025**
   *Co-President/COO/Secretary of Plaintiff Wetherill Associates, Inc. d/b/a WAI Global and Co-Owner of Ultimate Parent Company Wetherill Enterprises, Inc.*

e. **Jeffery W. Sween**
   **3300 Corporate way**
   **Miramar, FL 33025**
   *Co-President/CEO of Plaintiff Wetherill Associates, Inc. d/b/a WAI Global and Co-Owner of Ultimate Parent Company Wetherill Enterprises, Inc.*

f. **Ryan Moul**
   **3300 Corporate way**
   **Miramar, FL 33025**
   *Co-Owner of Ultimate Parent Company Wetherill Enterprises, Inc.*

g. **Seth Moul**
   **3300 Corporate way**
   **Miramar, FL 33025**
   *Co-Owner of Ultimate Parent Company Wetherill Enterprises, Inc.*

h. **Keith J. Lambdin, Esquire**
   **Agnant & Lambdin, LLC**
   **2 South University Drive, Suite 315**
   **Fort Lauderdale, FL 33324**
   *Counsel for Plaintiffs*

i. **Erik J. Willman, Esquire**
   **Agnant & Lambdin, LLC**
   **2 South University Drive, Suite 315**
   **Fort Lauderdale, FL 33324**
   *Counsel for Plaintiffs*

j. **ITW Polymers Sealants North America, Inc.**
   **111 North Nursery Road**
   **Irving, Texas 60026**
   *Defendant*

    k.  **Illinois Tool Works Inc.**
       **155 Harlem Avenue**
       **Glenview, IL 60025**
       *Parent Company of Defendant ITW Polymers Sealants North America, Inc.*

    l.  **Christopher E. Knight, Esquire**
       **Fowler White Burnett, P.A.**
       **Brickell Arch, Fourteenth Floor**
       **1395 Brickell Avenue**
       **Miami, FL 33131**
       *Counsel for Defendant ITW Polymers Sealants North America, Inc.*

    m.  **Mason Nettleton, Esquire**
       **Fowler White Burnett, P.A.**
       **Brickell Arch, Fourteenth Floor**
       **1395 Brickell Avenue**
       **Miami, FL 33131**
       *Counsel for Defendant ITW Polymers Sealants North America, Inc.*

    n.  **Colby Bachtell, LLC**
       **1001 Lindsay Lane**
       **Hagerstown, MD 21742**
       *Defendant*

    o.  **Colby Bachtell**
       **1001 Lindsay Lane**
       **Hagerstown, MD 21742**
       *Sole Member of Defendant Colby Bachtell, LLC*

    p.  **Evan B. Berger, Esquire**
       **Becker & Poliakoff, P.A.**
       **1 East Broward Blvd., Suite 1800**
       **Fort Lauderdale, FL 33301**
       *Counsel for Defendant Colby Bachtell, LLC*

2.)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a.  **None.**

3.)     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    b.  **None.**

4.)     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a.  **Wetherill Associates, Inc. d/b/a WAI Global**

    b.  **WAI 3300 Corporate Way, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and a foregoing document is being served this day to the following:

Christopher E. Knight, Esquire  
Mason Nettleton, Esquire  
Fowler White Burnett, P.A.  
Brickell Arch, Fourteenth Floor  
1395 Brickell Avenue  
Miami, FL 33131  
Email: mnettleton@fowler-white.com  
Email: jsilvia@fowler-white.com  
Email: cknight@fowler-white.com  
Email: ltoney@fowler-white.com  
*Counsel for Defendant, ITW Polymers Sealants North America, Inc.*

Evan B. Berger, Esquire  
Becker & Poliakoff, P.A.  
1 East Broward Blvd., Suite 1800  
Fort Lauderdale, FL 33301  
Email: eberger@bplegal.com  
*Counsel for Defendant, Colby Bachtell, LLC*

AGNANT & LAMBDIN LLC  
2 South University Drive, Suite 315  
Fort Lauderdale, FL 33324  
Telephone: (954) 368-4164  
Facsimile: (561) 293-2526  
(*Counsel for Plaintiffs*)

By: **/s/ Keith J. Lambdin, Esq.**  
KEITH J. LAMBDIN (FBN: 796999)  
ERIK J. WILLMAN (FBN: 106241)  
klambdin@agnantlaw.com  
ewillman@agnantlaw.com  
kpiedra@agnantlaw.com  
clondono@agnantlaw.com