**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-62672-CIV-ALTMAN**

WETHERILL ASSOCIATES, INC. D/B/A
WAI GLOBAL and WAI 3300 CORPORATE
WAY, LLC,

    Plaintiffs,

v.

ITW POLYMERS SEALANTS NORTH
AMERICA, INC., and COLBY BACHTELL,
LLC,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that the Plaintiffs, WETHERILL ASSOCIATES, INC. D/B/A WAI GLOBAL and WAI 3300 CORPORATE WAY, LLC, and Defendants ITW POLYMERS SEALANTS NORTH AMERICA, INC. and COLBY BACHTELL, LLC, pursuant to this Court's Order dated January 20, 2021 [ECF No. 25], hereby jointly provide notice that the parties have amicably resolved and settled this matter. The Court is to retain jurisdiction to enforce the terms of the Settlement Agreement.[1]

---

[1] Once the Settlement Agreement is consummated, the Plaintiffs will file a Notice of Dismissal With Prejudice as to the Defendants, dismissing the case with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2021, the foregoing document was served via e-mail to the following:

Christopher E. Knight, Esquire
Mason Nettleton, Esquire
Fowler White Burnett, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, FL 33131
Email: mnettleton@fowler-white.com
Email: jsilvia@fowler-white.com
Email: cknight@fowler-white.com
Email: ltoney@fowler-white.com
*Counsel for Defendant, ITW Polymers Sealants North America, Inc.*

Evan B. Berger, Esquire
Becker & Poliakoff, P.A.
1 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Email: eberger@bplegal.com
*Counsel for Defendant, Colby Bachtell, LLC*

AGNANT & LAMBDIN LLC
2 South University Drive, Suite 315
Fort Lauderdale, FL 33324
Telephone: (954) 368-4164
Facsimile: (561) 293-2526
(*Counsel for Plaintiffs*)

By: _/s/ **Keith J. Lambdin, Esq.**_
KEITH J. LAMBDIN (FBN: 796999)
ERIK J. WILLMAN (FBN: 106241)
klambdin@agnantlaw.com
ewillman@agnantlaw.com
legalassistant@agnantlaw.com
clondono@agnantlaw.com